NOTE: CHANGES MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROGERS, and individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEURONETICS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 8:24-cv-00914-FWS-AS<br><br>**ORDER RE STIPULATION TO DISMISS CASE NO. 8:24-CV-00914 AND PROCEED UNDER CASE NO. 8:24-CV-00915 [11[**<br><br>Complaint Filed:  March 7, 2024<br>Date of Removal:  April 26, 2024<br>Trial Date:  None Set |

Having reviewed and considered the Stipulation to Dismiss Case No. 8:24-cv-00914 and Proceed under Case No. 8:24-cv-00915 [11] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITHOUT PREJUDICE** in its entirety, with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: June 21, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION OF VOLUNTARY DISMISSAL